IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE TOENNIES,

    Plaintiff,

vs.

MEDTRONIC, INC.,

    Defendant.

Case No. 11-cv-1097-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on the parties' stipulations of dismissal (Doc. 16 & 17). Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal. Accordingly, because plaintiff has an absolute right to dismiss this case, this case is **DISMISSED**. The Court further **DIRECTS** the Clerk of Court to close the case.

    **IT IS SO ORDERED.**

    **DATED:** February 8, 2013

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**