IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLENE TOENNIES,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>    Defendant. | Case No. 11-cv-1097-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' stipulations of dismissal (Doc. 16 & 17). Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal. Accordingly, because plaintiff has an absolute right to dismiss this case, this case is **DISMISSED**. The Court further **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED:** February 8, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
